PETER J. MCNULTY
McNULTY LAW FIRM
827 Moraga Drive
Bel Aire, California 90049
Telephone: (310) 471-2707
Facsimile: (310) 472-7014

JONATHAN H. WALLER
WALLER LAW GROUP
3800 Howard Hughes Parkway, Seventh Floor
Las Vegas, Nevada 89109-0097
Telephone: (702) 693-4200
Facsimile: (702) 792-6874

BALCH & BINGHAM LLP
J. RUSSELL CAMPBELL
GREGORY C. COOK
MATTHEW F. CARROLL
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

Attorneys for Plaintiff,
SIERRA PACIFIC RESOURCES AND
NEVADA POWER COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA PACIFIC RESOURCES AND NEVADA POWER COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> EL PASO CORPORATION, et al., <br><br> Defendants | Case No.: CV-S-03-0414-JCM-RJJ <br><br> **NOTICE OF FILING OF A PROPOSED ORDER** |

969550.1

Pursuant to the Court's direction at the hearing held on May 1, 2008, Plaintiff Nevada Power submits the attached proposed order to which Nevada Power and the Sempra entities have agreed.

By /s/ Gregory C. Cook
BALCH & BINGHAM LLP
J. RUSSELL CAMPBELL
GREGORY C. COOK
MATTHEW F. CARROLL
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

PETER J. MCNULTY
McNULTY LAW FIRM
827 Moraga Drive
Bel Aire, California 90049
Telephone: (310) 471-2707
Facsimile: (310) 472-7014

JONATHAN H. WALLER
WALLER LAW GROUP
3800 Howard Hughes Parkway, Seventh Floor
Las Vegas, Nevada 89109-0097
Telephone: (702) 693-4200
Facsimile: (702) 792-6874

Attorneys for Plaintiff,
NEVADA POWER COMPANY

1

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the NEVADA POWER COMPANY'S NOTICE OF FILING OF A PROPOSED ORDER has been served upon the following by electronic CM/ECF filing or first-class U.S. mail, on this the 16th day of May, 2008:

Christopher B. Latham
501 W. Broadway
Suite 1100
San Diego, CA 92101

Diane E. Pritchard
James J. Brosnashan
Mark W. Danis
Stephen P. Freccero
Morrison & Foerster
425 Market St.
San Francisco, CA 94105-2482

John M. Grenfell
Douglas R. Tribble
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Paul R. Hejmanowski
Todd E. Kennedy
Lionel, Sawyer & Collins
300 S. Fourth St.
Suite 1700
Las Vegas, NV 89101

Nicholas J Santoro
James E Whitmire, III
Santoro, Driggs, Walch, Kearney, Johnston & Thompson
400 South Fourth Street
Third Floor
Las Vegas, NV 89101

Samuel Plunkett
Samuel Plunkett, Law Office Of
13805 Moorpark Street
Suite 3
Sherman Oaks, CA 91423

Christopher J. Healey
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway
Suite 2600
San Diego, CA 92101

James Ewen Hail
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995

Jefferson Gregory Copeland
One Shell Plaza
910 Louisiana
Houston, TX 77002-

Mark A. James
Bullivant Houser Bailey, PC
3980 Howard Hughes Pkwy
Suite 550
Las Vegas, NV 89169

Nora Cregan
Terry J. Houlihan
Bingham, McCutchen Law Firm
Three Embarcadero Center
San Francisco, CA 94111-4067

Thomas S. Hixson
2029 Century Park East, Suite 3300
Los Angeles, CA 90067

969550.1

| | |
|---|---|
| J. Randall Jones<br>Jennifer Dorsey<br>Harrison, Kemp & Jones, LLP<br>3800 Howard Hughes Parkway<br>17th Floor<br>Las Vegas, NV 89169 | James P Fogelman<br>Gibson, Dunn & Crutcher<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| Peter H. Benzian<br>Latham & Watkins, LLP<br>600 West Broadway<br>Suite 1800<br>San Diego, CA 92101-3175 | Robert P. Berry<br>Gibson, Dunn & Crutcher<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| William R. Urga<br>Jolley Urga Wirth Woodbury & Standish<br>3800 Howard Hughes Parkway<br>16th Floor<br>Las Vegas, NV 89169 | Jennifer F. Ziegaus<br>Latham & Watkins, LLP<br>600 West Broadway<br>Suite 1800<br>San Diego, CA 92101-3175 |

DATED this 16th day of May, 2008.

/s/ Gregory C. Cook
Of Counsel

969550.1

|   |   |
|---|---|
| 1 | PETER J. MCNULTY |
|   | McNULTY LAW FIRM |
| 2 | 827 Moraga Drive |
|   | Bel Aire, California 90049 |
| 3 | Telephone: (310) 471-2707 |
|   | Facsimile: (310) 472-7014 |
| 4 |   |
|   | JONATHAN H. WALLER |
| 5 | WALLER LAW GROUP |
|   | 3800 Howard Hughes Parkway, Seventh Floor |
| 6 | Las Vegas, Nevada 89109-0097 |
|   | Telephone: (702) 693-4200 |
| 7 | Facsimile: (702) 792-6874 |
| 8 | BALCH & BINGHAM LLP |
|   | J. RUSSELL CAMPBELL |
| 9 | GREGORY C. COOK |
|   | ED R. HADEN |
| 10 | MATTHEW F. CARROLL |
|   | 1901 Sixth Avenue North |
| 11 | Birmingham, Alabama 35203 |
|   | Telephone: (205) 251-8100 |
| 12 | Facsimile: (205) 226-8799 |

Attorneys for Plaintiff,
SIERRA PACIFIC RESOURCES AND
NEVADA POWER COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SIERRA PACIFIC RESOURCES and  )  Case No.: CV-S-03-0414-JCM-RJJ
NEVADA POWER COMPANY,          )
                               )  **ORDER**
              Plaintiffs,      )
                               )
    vs.                        )
                               )
EL PASO CORPORATION; EL PASO   )
NATURAL GAS COMPANY; EL PASO   )
MERCHANT ENERGY, L.P.; EL PASO )
MERCHANT ENERGY COMPANY, a     )
division of El Paso Corporation; EL PASO )
TENNESSEE PIPELINE COMPANY; EL
PASO MERCHANT ENERGY-GAS
COMPANY; SEMPRA ENERGY;
SOUTHERN CALIFORNIA GAS COMPANY;
SAN DIEGO GAS AND ELECTRIC;
SEMPRA ENERGY TRADING
CORPORATION; ENERGY MARKETING
AND TRADE; RELIANT ENERGY
SERVICES and DOES 1-100

              Defendants.

On May 1, 2008, the following motions to dismiss the Second Amended Complaint ("SAC" or "Complaint") came on for hearing before this Court: Defendants Sempra Energy's, Southern California Gas Company's and San Diego Gas & Electric Company's Motion to Dismiss Plaintiff's Second Amended Complaint for Lack of Personal Jurisdiction (#190); Defendants Sempra Energy's, Southern California Gas Company's and San Diego Gas & Electric Company's Motion to Dismiss Plaintiff's Second Amended Complaint as Barred by Res Judicata (#188); and Defendant Sempra Energy Trading Corporation's Joinder in Various Defendants' Motions to Dismiss (#194, #195 and #198).

The parties were represented at the hearing by the following counsel: Ed R. Haden, Gregory C. Cook, Peter J. McNulty, and Jonathan Waller for the Plaintiff, Nevada Power Company; Richard P. Levy, James P. Fogelman and J. Randall Jones for Defendants Sempra Energy, Southern California Gas Company and San Diego Gas & Electric Company; William R. Urga for Defendant Sempra Energy Trading LLC (formerly known as Sempra Energy Trading Corp.); Todd Kennedy for Defendant Dynegy Marketing and Trade; James Whitmire for Defendants El Paso Corporation, El Paso Natural Gas Company, El Paso Merchant Energy, L.P., El Paso Merchant Energy Company, El Paso Tennessee Pipeline Company, and El Paso Merchant Energy-Gas Company.

The Court having heard the arguments of counsel and having received and reviewed the motions, all oppositions and replies relating to the motions, and all submissions of supplemental authorities, and with good cause appearing and no cause for delay,

IT IS ORDERED, ADJUDGED AND DECREED that:

A. Defendants Sempra Energy's, Southern California Gas Company's and San Diego Gas & Electric Company's Motion to Dismiss Plaintiff's Second Amended

1

Complaint for Lack of Personal Jurisdiction (#190) is **DENIED**. *See Action Embroidery Corp. v. Atlantic Embroidery, Inc.*, 368 F.3d 1174 (9th Cir. 2004).

B. Defendants Sempra Energy's, Southern California Gas Company's and San Diego Gas & Electric Company's Motion to Dismiss Plaintiff's Second Amended Complaint as Barred by Res Judicata (#188), joined by Sempra Energy Trading LLC (formerly known as Sempra Energy Trading Corp.), is **DENIED** without prejudice so that the Court can revisit these issues on summary judgment in light of *Epstein v. MCA, Inc.*, 179 F.3d 641 (9th Cir.), *cert. denied*, 528 U.S. 1004, 120 S. Ct. 497 (1999).

Dated: June 3, 2008.

James C. Mahan, U.S. District Judge

Submitted by:
BALCH & BINGHAM LLP and
MCNULTY LAW FIRM

By: /s/ Gregory C. Cook
    J. Russell Campbell
    Gregory C. Cook
    Ed R. Haden
    Matthew F. Carroll
    Peter J. McNulty
    Jonathan Waller

Attorneys for Plaintiff
Nevada Power Company