UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA PACIFIC RESOURCES and NEVADA POWER COMPANY,<br><br>                         Plaintiffs,<br>v.<br><br>EL PASO CORPORATION; EL PASO NATURAL GAS COMPANY; EL PASO MERCHANT ENERGY, L.P.; EL PASO MERCHANT ENERGY COMPANY, a Division of El Paso Corporation; EL PASO TENNESSEE PIPELINE COMPANY; EL PASO MERCHANT ENERGY-GAS, COMPANY; SEMPRA ENERGY; SOUTHERN CALIFORNIA GAS COMPANY; SAN DIEGO GAS AND ELECTRIC; SEMPRA ENERGY TRADING CORPORATION; DYNEGY MARKETING AND TRADE; and DOES 1-100,<br><br>                         Defendants. | No. CV-S-03-0414-JCM-(RJJ)<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE AS TO ALL REMAINING DEFENDANTS (DYNEGY MARKETING AND TRADE)**<br><br>The Honorable James C. Mahan |

The remaining parties, through their respective counsel, and in accordance with and subject to the terms of the Mutual Release and Settlement Agreement, dated June 18, 2009, and signed by the parties thereto, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that this action is dismissed with prejudice as to all remaining Defendants, including, without limitation, Dynegy

Marketing and Trade, and that each party is to bear its own costs and fees incurred in connection with this matter.

RESPECTFULLY SUBMITTED this 22nd day of June 2009.


JONES VARGAS
Attorneys for NV Energy


By /s/ Gary R. Goodheart
    Gary R. Goodheart


LIONEL SAWYER & COLLINS
Attorneys for Dynegy Marketing and Trade


By /s/ Todd F. Kennedy
    Todd F. Kennedy

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that this action be dismissed with prejudice as to all remaining Defendants, including Dynegy Marketing and Trade, each party to bear it own fees and costs associated with said action.

Dated: June 24, 2009

THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT