UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SIERRA PACIFIC RESOURCES ET AL

Plaintiff(s),

VS.                                                         2:03-CV-414-JCM-RJJ

EL PASO CORP. ET AL

Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: January 11, 2011

*/s/ James C. Mahan*
**U.S. DISTRICT JUDGE**